**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARINER HEALTHCARE, INC.; ET AL.,**                          **PLAINTIFFS,**

**VS.**                                                         **CIVIL ACTION NO. 4:04CV394-P-B**

**CAROL SPEARS, ET AL.,**                                        **DEFENDANTS.**

## ORDER

This matter comes before the court upon Plaintiffs' Motion for Sealed Access [18-1]. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion for Sealed Access [18-1] is **GRANTED**; accordingly,

(2) Access to Exhibits "B," "C," and "G" attached to the plaintiffs' rebuttal memorandum brief [39-1] in response to the defendant's response to the plaintiffs' motion to compel arbitration is hereby **SEALED**.

**SO ORDERED** this the 2d day of December, A.D., 2005.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE